**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**
**CIVIL FILE NO. CV-01-215MJD/JCL**

---

Lavern Leisen,

Plaintiff,

v.

BankOne,
a foreign corporation,

Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the Plaintiff and Defendant, through their undersigned counsel, that this action is hereby dismissed with prejudice and on the merits, but without costs or disbursements, including attorney's fees, to any party.

**LEONARD, O'BRIEN**
**WILFORD, SPENCER & GALE, LTD.**

Dated: 6-11, 2001

By: [signature]

Eldon J. Spencer, Jr., # 104085
Thomas C. Atmore, #191954
55 East Fifth Street
Suite 800
St. Paul, Minnesota 55101
(651) 227-9505

FILED AUG 3 1 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**CONSUMER JUSTICE CENTER, P.A.**

Dated: 6/19, 2001

By ______________________

Thomas J. Lyons, Jr., # 249646
Attorneys for LaVern Leisen
1560 Beam Avenue, Suite A
Maplewood, MN 55109
(651) 770-9707

::ODMA\GRPWISE\GWDSTP.GWPOSTP.STPLIB1:101975.1

**ORDER**

Based on the stipulation of the parties, this case is hereby dismissed with prejudice on the merits and without costs and disbursements, including attorney's fees, to any party.

Dated: 7-3, 2001

Michael J. Davis
Judge of District Court

::ODMA\GRPWISE\GWDSTP.GWPOSTP.STPLIB1:101975.1